**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**CASE NO.: 1:23-cv-60**

AJAY SURESH,

               Plaintiff,

v.

FOUNDATION ALPHA LLC DBA MACRO
OPS,

               Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff AJAY SURESH by and through his undersigned counsel, brings this Complaint

against Defendant FOUNDATION ALPHA LLC DBA MACRO OPS for damages and

injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.     Plaintiff AJAY SURESH ("Suresh") brings this action for violations of exclusive

rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Suresh's original

copyrighted Work of authorship.

2.     Suresh is an experienced, self-taught photographer, who has been capturing street

and travel photographs for more than five years.  He uses Olympus lenses and cameras for his

work.

3.     Defendant FOUNDATION ALPHA LLC DBA MACRO OPS ("Foundation

Alpha") is  a company devoted to unparalleled market research, trading performance, and

advancing investment philosophy.   At all times relevant herein, Foundation Alpha owned and

operated the internet website located at the publicly available URL: https://macro-ops.com (the "Website").

Suresh alleges that Foundation Alpha copied Suresh's copyrighted Work from the internet in order to advertise, market, and promote its business activities.  Foundation Alpha committed the violations alleged in connection with Foundation Alpha's business for purposes of advertising and promoting sales to the public in the course and scope of the Foundation Alpha's business.

## JURISDICTION AND VENUE

5.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     Defendant is subject to personal jurisdiction in Texas.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9.     Foundation Alpha LLC dba Macro Ops ("Macro Ops") is a  Texas Limited Liability Company, with its principal place of business at 700 Lavaca Street, Austin, TX 78701, and can be served by serving its Registered Agent, Texan Registered Agent LLC, 5900 Balcones Drive, Suite 100, Austin, TX 78731.

## THE COPYRIGHTED WORK AT ISSUE

In 2019, Suresh created the photograph entitled "Madison Square Garden (MSG) Full", which is shown below and referred to herein as the "Work".



Suresh registered the Work with the United States Copyright Office on July 29, 2019 and was assigned the registration number VA 2-164-937.  The Certificate of Registration is attached hereto as Exhibit 1.

Suresh's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13.     At all relevant times Suresh was the owner of the copyrighted Work at issue in this case.

## **INFRINGEMENT BY DEFENDANT**

14.     Foundation Alpha has never been licensed to use the Work at issue in this action for any purpose.

15.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Foundation Alpha copied the Work.

16.    On or about January 20, 2020, Suresh discovered the unauthorized use of his Work on the Website. The Work was used on a January 17, 2020, article on the Website called "The Catalyst for MSG's Potential Breakout", which was written by Brandon Beylo.

17.    On the "About Us" page of the Website, Brandon Beylo is listed under "The Team", listing him as a Value Investor, showing he is an employee of Foundation Alpha.

18.    Foundation Alpha copied Suresh's copyrighted Work without Suresh's permission.

19.    After Foundation Alpha copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

20.    Foundation Alpha copied and distributed Suresh's copyrighted Work in connection with Foundation Alpha's business for purposes of advertising and promoting Foundation Alpha's business, and in the course and scope of advertising and selling products and services.

21.    Suresh's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

22.    Foundation Alpha committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

23.    Suresh never gave Foundation Alpha permission or authority to copy, distribute or display the Work at issue in this case.

24.    Suresh notified Foundation Alpha of the allegations set forth herein on September 8, 2022.  To date, Foundation Alpha has failed to respond to the Plaintiff's Notice.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

**COPYRIGHT INFRINGEMENT**

25.    Suresh incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26.    Suresh owns a valid copyright in the Work at issue in this case.

27.    Suresh registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28.    Foundation Alpha copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Suresh's authorization in violation of 17 U.S.C. § 501.

29.    Foundation Alpha performed the acts alleged in the course and scope of its business activities.

30.    Foundation Alpha's acts were willful.

31.    Suresh has been damaged.

32.    The harm caused to Suresh has been irreparable.

WHEREFORE, the Plaintiff Ajay Suresh prays for judgment against the Defendant Foundation Alpha LLC dba Macro Ops that:

a.    Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    Defendant be required to pay Plaintiff his actual damages and Foundation Alpha's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

d.       Plaintiff be awarded pre- and post-judgment interest; and

e.       Plaintiff be awarded such other and further relief as the Court deems just

and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 18, 2023                    Respectfully submitted,


*/s/Eliezer Lekht*
ELIEZER LEKHT
Bar No.: 5762497
eliezer.lekht@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street, 3rd Floor
Brooklyn, NY 11201

332.600.5599– Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Ajay Suresh*

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK