IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 MAR 21 PM 4: 16
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ CR _____
            DEPUTY

| | |
|---|---|
| AJAY SURESH, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:23-CV-00060-LY |
| § | |
| FOUNDATION ALPHA LLC D/B/A § | |
| MACRO OPS, § | |
| DEFENDANT. § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On March 17, 2023, the parties filed a Stipulation of Dismissal (Doc. #10), informing the court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case with prejudice. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __21st__ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE